BARBER, APPELLANT, *v.* MOORE, WARDEN, APPELLEE.

[Cite as *Barber v. Moore,* 117 Ohio St.3d 45, 2008-Ohio-293.]

(No. 2007–1560—Submitted January 9, 2008—Decided February 6, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in *State ex rel. Golson v. Moore,* 116 Ohio St.3d 308, 2007-Ohio-6434, 878 N.E.2d 1033, and *State ex rel. Shackleford v. Moore,* 116 Ohio St.3d 310, 2007-Ohio-6462, 878 N.E.2d 1035.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Curtis Barber, pro se.

Marc Dann, Attorney General, and Diane Mallory, Assistant Attorney General, for appellee.